

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00317-CV

IN THE INTEREST OF A.W., A CHILD

---

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CIV-19-0018

---

AND

No. 02-21-00318-CV

IN THE INTEREST OF W.W., A CHILD

---

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CIV-21-0663

---

## ORDER

On the court's own motion, the court has determined that the above referenced appeals should be consolidated.

It is therefore ORDERED that appellate cause number 02-21-00317-CV, *In the Interest of A.W., a Child* is consolidated with appellate cause number 02-21-00318-CV, *In the Interest of W.W., a Child.* Each appeal shall continue to bear its respective cause number.

In appellate cause number 02-21-00318-CV, trial court case number CIV-21-0663, *In the Interest of W.W., a Child*, the court has received a copy of the trial court's "Agreed Order Terminating Parental Rights and Agreed Order in Suit Affecting the Parent-Child Relationship," which was signed November 30, 3021, after a notice of appeal was prematurely filed on October 4, 2021. *See* Tex. R. App. P. 27.1(a) (providing that in a civil case, a prematurely filed notice of appeal is effect and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal). Therefore, we are continuing that appeal, and the clerk's record and reporter's record are due immediately.[1]

In appellate cause number 02-21-00317-CV, trial court case number CIV-19-0018, *In the Interest of A.W., a Child*, we have notified appellant father for a third time to make payment arrangements with the court reporter for the preparation of the reporter's record by **Monday, January 31, 2022**.

Additionally, attorney Michael G. Maloney, who represented the appellant in the trial court, filed a motion to withdraw in appellate cause number 02-21-00317-CV, which this court granted. However, Mr. Maloney did not file a motion to withdraw in

---

[1]To the extent that the designated reporter's record for both appeals is the same, only one reporter's record need be filed.

appellate cause number 02-21-00318-CV. Therefore, this court has not withdrawn him from appellate cause number 02-21-00318-CV.

We direct the clerk of this court to send a notice of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Dated February 2, 2022.

Per Curiam